THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | CIVIL ACTION NO.11-00399-CG-N |
| | * | |
| $4,047.00, more or less, in U.S. Currency, | * | |
| | * | |
| | * | |
| Defendant. | * | |

**FINAL JUDGMENT OF FORFEITURE**

In accordance with the separate Order entered this date, it is **ORDERED**, **ADJUDGED**, and **DECREED** that the above-named defendant is forfeited to the plaintiff, the United States of America, for disposition according to law, pursuant to 21 U.S.C. §881(a)(6).

**DONE** and **ORDERED** this 1st day of March, 2012.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE